# United States District Court
# For The Western District of North Carolina
# Statesville Division

CAPITOL RECORDS, INC.; CAROLINE
RECORDS, INC.; VIRGIN RECORDS
AMERICA, INC.; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
ATLANTIC RECORDING CORPORATION;
ARISTA RECORDS LLC,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:07CV30

TERRI FRYE,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by complaint and an Offer of Judgment being made by defendant, said Offer of Judgment being accepted by plaintiffs;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against defendant in the amount of Three Hundred dollars and Zero Cents ($300.00), inclusive of all claims, damages, costs, and attorneys' fees that may be awarded against defendant. A permanent injunction is entered against defendant enjoining defendant from any infringement of any of plaintiffs' copyright or trademark rights that are made the subject of the complaint, all in accordance with the Offer and Acceptance of Judgment filed July 13, 2007.

                                        Signed: March 20, 2008

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court